Davis, for respondent. No opinion. Order (71 N. Y. Supp. 203) affirmed, with $10 costs and disbursements.

MATHEWS et al., Respondents, v. ROSE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Sarah A. Mathews and another against William G. Rose and others. G. A. Knobloch, for appellants. F. A. Irish, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re MAYOR, ETC., OF NEW YORK. TREDWELL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Edgar A. Tredwell against the city of New York. T. Connoly, for appellant. R. H. Wilson, for respondent. PER CURIAM. Order (69 N. Y. Supp. 178) modified, by reducing allowance to respondent to $3,000, and, as modified, affirmed, without costs.

MEDINA GAS & ELECTRIC CO., Appellant, v. BUFFALO LOAN TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by the Medina Gas & Electric Company against the Buffalo Loan Trust Company. C. J. Shearn, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

MENDON CENTER TELEPHONE CO., Respondent, v. HAYES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) Action by the Mendon Center Telephone Company against John P. Hayes and Mary Hayes, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.
WILLIAMS, J., not voting.

MIERS, Respondent, v. MIERS, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Lena Miers against Samuel Miers. C. L. Hoffman, for appellant. A. Rosenthal, for respondent.
PER CURIAM. Order (71 N. Y. Supp. 1058) modified, by reducing alimony to $8 per week and counsel fee to $100, and, as so modified, affirmed, without costs.

In re MILLER. (Supreme Court, Appellate Division, First Department. November 15, 1901.) In the matter of the will of Joseph Miller, deceased. C. P. Hallock, for appellant. J. F. Forrester, for respondent. No opinion. Decree affirmed, with costs.

MILLER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Margaret C. Miller against the New York Central & Hudson River Railroad Company. No opinion. Let order conform to memorandum.

MILLS, Respondent, v. BUNKE et al., Appellants. (Supreme Court, Appellate Division,

Second Department. November 22, 1901.) Action by Theodore Mills, as administrator, etc., of Walter S. Mills, deceased, against Ratje Bunke and another. No opinion. Judgment and order unanimously affirmed, with costs.

MONTGOMERY v. BOYD et al. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by James L. Montgomery against Robert N. Boyd and others. No opinion. Motion denied.

MOORE v. SMITH. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Henry S. Moore against Tillie E. Smith. No opinion. Motion denied, on payment of $10 costs.

MOORE v. SMITH. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Henry S. Moore against Tillie E. Smith. No opinion. Motion denied, on payment of $10 costs.

MORRISON et al., Respondents, v. COY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Solomon Morrison and another against Nehemiah Coy and another. No opinion. Order affirmed, with $10 costs and disbursements.

MORRISON, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Edward A. Morrison against the Metropolitan Elevated Railway Company and another. A. O. Townsend, for appellants. S. Dexter, for respondent.
PER CURIAM. Judgment (63 N. Y. Supp. 206) modified, by reducing the amount awarded for fee damage to $5,000, and by reducing the judgment for rental damage, as entered, to the sum of $2,250.40, and, as modified, affirmed, without costs to either party.

MOWBRAY, Appellant, v. SHELDON, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by William E. Mowbray against George R. Sheldon, individually, etc. D. Seymour, for appellant. C. E. Mahony, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MULFORD, Respondent, v. MULFORD, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Ida Mulford against Charles Leslie Mulford.
PER CURIAM. Motion granted, to the extent of striking the case from the calendar, with leave, however, to the appellant to move to reinstate the cause, upon proof that he has complied with the order for the payment of counsel fee.

In re NASSAU ELECTRIC R. CO. et al. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) In the mat-